SO ORDERED: October 27, 2017.



**James M. Carr**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

S000300 (rev 05/2016)

In re:

**Melvin Douglas Streete**,
Debtor.

Case No. **17–04410–JMC–13**

### ORDER CONTINUING HEARING

A Motion to Continue Hearing was filed on October 26, 2017, by Debtor Melvin Douglas Streete.

    1) Valuation Hearing on Objection to Confirmation of Plan filed by OneMain Financial Group, LLC as servicer for Wells
    2) Valuation Hearing on Objection to Confirmation of Plan filed by Southern Auto Finance Company, LLC

**IT IS ORDERED** that the Motion to Continue Hearing is **GRANTED** and that a hearing will be held as follows:

    Date:  November 30, 2017
    Time:  10:30 AM EST
    Place:  Rm. 325 U.S. Courthouse
            46 E. Ohio St.
            Indianapolis, IN 46204

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any document referenced in this notice can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Attorney for the debtor must distribute this order.

###